**Kenneth SCHAUER, Appellant,**

v.

**STATE of Missouri, DEPARTMENT OF SOCIAL SERVICES, FAMILY SUPPORT DIVISION; Brian Kinkade (Director), Respondent,**

**Karin Spradlin, Respondent,**

**Law Offices of Craig D. Ritchie, P.C., and Craig D. Ritchie, Respondents.**

**WD 79793**

Missouri Court of Appeals, Western District.

Order filed: March 7, 2017

terminated that relationship on December 2, 2015, so she would be able to access her 401(k) savings.

Kenneth M. Schauer, Appellant Pro-se

Justin D. Mettlen, for Respondent Missouri Department of Family Services and Karin Spradlin

Byron A. Bowles, Jr., for Respondent Law Offices of Craig D. Ritchie and Craig D. Ritchie

Before Division One: James E. Welsh, Presiding Judge, Anthony Rex Gabbert, Judge and Edward R. Ardini, Jr., Judge

### ORDER

PER CURIAM:

Kenneth Schauer appeals from the judgment of the Circuit Court of Nodaway County dismissing his action relating to a previously entered child support modification on the basis of *res judicata* and collateral estoppel. As a formal opinion would offer no precedential value, we provide the parties with a memorandum of law explaining our ruling. Finding no error, the judgment of the trial court is affirmed. Rule 84.16(b).